**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Shawn FOOTMAN, Defendant–
Appellant.**

No. 08–16257
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 6, 2009.

Before CARNES, WILSON and COX, Circuit Judges.

Before TJOFLAT, EDMONDSON and COX, Circuit Judges.

PER CURIAM:

Robert A. Morris, appointed counsel for Shawn Footman in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to

 

withdraw is **GRANTED,** and Footman's conviction and sentence are **AFFIRMED.**